# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Micahel Ray Williams,

       Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                               3:06-cv-4

Rick Jackson, et al,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/20/06 Order.