IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV4-02-MU

MICHAEL RAY WILLIAMS,      )
    Plaintiff,      )
                    )
     v.      )
                    )
RICK JACKSON, Supt., of  )         <u>O R D E R</u>
  Lanesboro Correctional )
  Institution; and       )
KRISTIE BENNETT, Unit      )
  Manager at the Lanes-  )
  boro Correctional In-  )
  stitution,             )
    Defendants.      )
_____)

THIS MATTER comes before the Court on the plaintiff's Motion
for a Temporary Restraining Order and a Preliminary Injunction
against the defendants.

By his requests, the plaintiff is seeking an Order directing
the defendants to mandate that prison staff conduct hourly visual
security checks of the cell block in which the plaintiff is
housed at the Lanesboro Correctional Institution, and that they
create and implement a new plan for further segregating the most
violent inmates from the other problem inmates who are housed
within the high risk unit of the prison.

The plaintiff's Motion was filed along with his civil rights
Complaint.  However, inasmuch as the plaintiff's Complaint has

been dismissed, the instant Motion shall be <u>dismissed</u> as moot.

**SO ORDERED.**

Signed: April 13, 2006

Graham C. Mullen
United States District Judge